**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CARL R. GILBERT, II, and**
**SHARON GILBERT,**

        **Plaintiffs,**

v.                         **CASE NO: 3:08cv51/RV/EMT**

**DAVID MORGAN, Sheriff of Escambia**
**County, Florida; CHARLIE WALKER**
**and SOTIRIOS THAGOURAS, etc.,**

    **Defendants.**

## ORDER OF DISMISSAL

Upon consideration of the plaintiffs' stipulation (doc.196), this case is now DISMISSED as to Defendants Charlie Walker and Sotirios Thagouras, in their individual capacities, with prejudice and without taxation of costs.

In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal

This case shall continue as to the remaining defendant.

DONE AND ORDERED this 29th day of October, 2009.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **Senior United States District Judge**